**No. 59959.**—Empire State Chair Co., Inc., and R. J. Saunders & Co., Inc., et al. *v.* United States, protests 205428–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chair seats similar in all material respects to those the subject of Abstract 59222, the claim of the plaintiffs was sustained.

**No. 59960.**—Cities Service Oil Co. *v.* United States, protest 187693–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 31, 1956

**No. 59961.**—United Cutlery & Hardware Products Co. *v.* United States, protest 237367–K (New York).

Opinion by LAWRENCE, J. At the trial, a representative sample of the letter openers and of the sheaths or cases were received in evidence as exhibits 1 and 2, respectively, and, at the joint request of counsel, the court ordered that said articles be sent to the customs laboratory for analyses. At a subsequent date, the laboratory report was placed in evidence. The laboratory report indicating that the letter opener, exhibit 1, is composed of nickel-plated steel, the handle of which is in part gold plated, and that the case, exhibit 2, is composed of brass and is gold plated, the claim of the plaintiff was overruled.